```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:06CR3139 |
| v. | ) | |
| | ) | |
| OSCAR MARTIN RODRIGUEZ CISNEROS, | ) ) | ORDER |
| | ) | |
| Defendant. | ) ) | |

IT IS ORDERED:

Defendant's unopposed motion for extension of deadline for filing pretrial motions, filing 11, is granted. The deadline is extended to November 9, 2006.

DATED this 27th day of October, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge