```
               IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
          Plaintiff,            )
                                )           4:06CR3139
     v.                         )
                                )
OSCAR MARTIN RODRIGUEZ          )
CISNEROS,                       )           ORDER
                                )
          Defendant.            )
                                )
```

     IT IS ORDERED,

     The defendant has filed an affidavit waiving his right to speedy trial insofar as the previous motion seeking additional time to file pretrial motions, filing 11.  The court finds that the ends of justice will be served by excluding the time sought by the motion, October 27, 2006 through November 9, 2006, from calculation of speedy trial time for the reason that it is more important for the defendant to be represented by an attorney who is fully informed and prepared for trial than it is for the defendant to have a speedy trial, and the failure to extend the motion deadline and exclude the time may result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A) & (B).

     DATED this 5th day of December, 2006.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge