IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3139 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| OSCAR MARTIN RODRIGUEZ-CISNEROS, | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court upon Defendant's motion for leave to appeal in forma pauperis (filing 49). I will grant the motion for leave to appeal in forma pauperis, as it is properly supported by the poverty affidavit contained within the motion and the appeal appears to be taken in good faith.

IT IS ORDERED that the appeal appears to be taken in good faith and Defendant's motion for leave to appeal in forma pauperis (filing 49) is granted.

June 22, 2007.    BY THE COURT:

*s/Richard G. Kopf*
United States District Judge