IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3139 |
| | ) | |
| V. | ) | |
| | ) | |
| OSCAR MARTIN RODRIGUEZ CISNEROS, | ) | ORDER |
| | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion to compel (filing 65) is denied.

DATED this 2nd day of December, 2008.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge