IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3139 |
| | ) | |
| v. | ) | |
| | ) | |
| OSCAR MARTIN RODRIGUEZ | ) | **JUDGMENT** |
| CISNEROS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that judgment is entered in favor of the United States of America and against Oscar Martin Rodriguez Cisneros providing that the defendant shall take nothing and his Motion Under 28 U.S.C. § 2255 (filing 67) is denied and dismissed with prejudice.

DATED this 16th day of June, 2009.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge