IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
| ) | | |
| Plaintiff, ) | 4:06CR3139 | |
| ) | | |
| V. ) | | |
| ) | | |
| OSCAR MARTIN RODRIGUEZ ) | ORDER | |
| CISNEROS, ) | | |
| ) | | |
| Defendant. ) | | |
| ) | | |

Treating the reply (filing 72) to notice of intent to destroy exhibits (filing 71) as an objection,

IT IS ORDERED that the objection (filing 72) is denied. A copy of this order shall be mailed to the defendant.

DATED this 17th day of February, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge